Renee M. Finch, Esq.
Nevada Bar No. 13118
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail:   rfinch@messner.com
          cmeyer@messner.com
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAISHA TAMONTE, an individual;<br><br>             Plaintiff,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>             Defendants. | Case No.: 2:23-cv-01154-CDS-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff DAISHA TAMONTE, by and through counsel of record LEILA L. HALE, ESQ. and CHRISTIAN GRIFFIN, ESQ. of HALE INJURY LAW, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:23-cv-01154-CDS-DJA, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

DATED this 31st day of January, 2024            DATED this 15 day of January, 2024

**MESSNER REEVES LLP**                           **HALE INJURY LAW**

/s/ Renee M. Finch

M. Caleb Meyer, Esq.                             Leila L. Hale, Esq.
Nevada Bar No. 13379                             Nevada Bar No. 7368
Renee M. Finch, Esq.                             Christian N. Griffin, Esq.
Nevada Bar No. 13118                             Nevada Bar No. 10601
8945 W. Russell Road Suite 300                   1661 W. Horizon Ridge Parkway, Suite 200
Las Vegas, Nevada 89148                          Henderson, Nevada 89012
*Attorneys for Defendant*                        *Attorneys for Plaintiff*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.                                          IT IS SO ORDERED.

_____
United States District Judge

DATED:   February 1, 2024